JAMES C. ANDERSON
Wyoming State Bar No. 5-1789
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
james.anderson@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 4 AM 11 17
STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-mj-14-F |
| RICHARD PERSON, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.     Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**

2.     Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Safety of any other person and the community**

3.     Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

1

**Probable cause to believe Defendant committed the crime of child exploitation**

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 4th day of March, 2016.

CHRISTOPHER A. CROFTS<br>
United States Attorney

By: _/s/ James C. Anderson_
JAMES C. ANDERSON
Assistant United States Attorney