IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PATRICK PERSON,<br><br>Defendant. | No. 16-CR-44<br><br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br>(Possession of Child Pornography) |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 17  AM 10 58
STEPHAN HARRIS, CLERK
CASPER

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about March 3, 2016, in the District of Wyoming, the Defendant, **RICHARD PATRICK PERSON,** did knowingly possess material which contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involve prepubescent minors, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate commerce, namely, the Defendant possessed a Seagate 1 TB hard disk drive, a product of Thailand, that contained one or more digital images depicting prepubescent minors engaged in sexually explicit conduct.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

*/s/Ink Signature on File in Clerk's Office*
FOREPERSON

*John R. Green*
CHRISTOPHER A. CROFTS
United States Attorney

| | |
|---|---|
| | **PENALTY SUMMARY** |
| **DEFENDANT NAME:** | RICHARD PATRICK PERSON |
| **DATE:** | March 15, 2016 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Cheyenne** |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)**<br>(Possession of Child Pornography)<br><br>As the result of a 2001 conviction for a sex offense the Defendant is subject to the following enhanced penalties<br><br>10-20 Years Imprisonment<br>Up To $250,000 Fine<br>5 Years To Life Supervised Release<br>Up to a $5000 Special Assessment |
| **AGENT:** | Mark Timmons, DCI/ICAC |
| **AUSA:** | James C. Anderson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |